Walter ROSALES; Marie Toggery; Karen Toggery, Plaintiffs— Appellants,

v.

KEAN ARGOVITZ RESORTS, INC., a limited liability company; Lakes Gaming, Inc., a publicly traded company; Kean–Argovitz Resort–Jamul, LLC, a Nevada limited liability company; Lakes Kean–Argovitz Resorts– California, LLC, a Delaware limited liability company, Defendants—Appellees.

No. 01–55745.

D.C. No. CV–00–01910–TJW(LSP).

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2002.*

Decided May 21, 2002.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before KLEINFELD and GRABER, Circuit Judges, and BOLTON,** District Judge.

MEMORANDUM ***

We have carefully reviewed the Second Amended Complaint and the parties' briefs, and for the reasons stated by the district court, we agree that the plaintiffs failed to state a claim upon which relief could be granted. The decision of the district court is AFFIRMED.

Ruben COTA, Petitioner—Appellant,

v.

Steve CAMBRA, Respondent—Appellee.

No. 01–55479.

D.C. No. CV–97–03156–CAS.

United States Court of Appeals, Ninth Circuit.

** The Honorable Susan Ritchie Bolton, United States District Judge for the District of Arizona, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 8, 2002.*

Decided May 21, 2002.

Before KLEINFELD, and GRABER, Circuit Judges, and BOLTON,** District Judge.

## MEMORANDUM ***

Ruben Cota appeals the district court's denial of his petition for writ of habeas corpus which challenged his first degree murder conviction. We review de novo the district court's decision to deny the 28 U.S.C. § 2254 habeas petition, accepting its factual findings unless they are clearly erroneous. *Alvarado v. Hill,* 252 F.3d 1066, 1068 (9th Cir.2001). We find no such error in this case. Testimony does not constitute perjury merely because it is contradicted by the testimony of another witness.

The Petitioner's argument that the testimony which convicted him should have been known by the prosecutor to have been perjured because of alleged inconsistencies between the physical evidence and the testimonial evidence cannot be considered. The record reflects that this argument was never presented to the state court but was raised for the first time in

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

Petitioner's January 14, 1999 Traverse, filed in the district court.

AFFIRMED.

## UNITED STATES of America, Plaintiff—Appellee,

v.

## Hasan SHABAZZ, Defendant— Appellant.

### No. 01–50205.
### D.C. No. CR–00–00298–FMC–06.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 8, 2002.

Decided May 21, 2002.

Before KLEINFELD and GRABER, Circuit Judges, and BOLTON,* District Judge.

## MEMORANDUM **

Hasan Shabazz appeals the denial of his motion to suppress evidence seized at his

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the